UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI BEAUSOLEIL, Plaintiff | ) CASE NUMBER: |
| | ) |
| | ) COMPLAINT |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| NATIONWIDE RECOVERY | ) |
| SERVICES, LTD, Defendant | ) |
| | ) NOVEMBER 15, 2006 |

## I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and also includes a pendant state law claim for intentional infliction of emotional distress.

## II. PARTIES

2. The plaintiff, Lori Beausoleil, is a natural person residing in Danielson, Connecticut.

3. The defendant, Nationwide Recover Services, LTD ("NRS"), is a Texas limited partnership that is engaged in the practice of debt collection in Connecticut.

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over NRS because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. In late July 2006, NRS telephoned Plaintiff requesting payment for an alleged debt owed to creditor, Cingular Wireless.

8. During the conversation, Plaintiff agreed to a payment plan of $100 per month.

9. One day after sending the second month's payment, Plaintiff learned that her work hours were reduced.

10. Plaintiff put a stop payment on this check and alerted NRS to this.

11. Plaintiff sent payment later that month.

12. NRS ignored the Plaintiff's alert and tried to cash the check two times, each time resulting in a $35 insufficient funds charge to the Plaintiff.

13. When NRS was unable to cash the check, NRS called Plaintiff and threatened to arrest her for passing a "hot check".

14. Plaintiff, while at her bank, explained the situation involving the check.

15. Bank refunded the insufficient funds charge.

16. Bank spoke to NRS and explained that the check was not a "hot check", rather there was a stop payment on the check.

17. NRS then contacted Plaintiff again and stated that there was no difference between a "hot check" and a stop payment check.

18. NRS in the same conversation stated again that Plaintiff would be arrested for passing a "hot check".

19. Plaintiff was in constant state of anxiety because of these threats and came to fear the police whenever she saw them for fear of being arrested.

## V. CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

20. Paragraphs 1-19 are herein incorporated

21. NRS's representative acted in an abusive and deceptive manner and violated 15 U.S.C. §§1692e and 1692f.

22. For NRS's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover their actual damages (including emotional distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

### SECOND CAUSE OF ACTION
### Intentional Infliction of Emotional Distress

23. Paragraphs 1-22 are herein incorporated

24. NRS knew, or reasonably should have known, that its conduct would likely cause emotional distress to Plaintiff.

25. NRS's conduct did cause Plaintiff to suffer emotional distress, embarrassment, shame, stress and anxiety.

26. NRS's actions were willful, wanton and malicious, in that it intended to cause Plaintiff distress in order to induce Plaintiff to pay the debt, and with hopes that Plaintiff would pay in order to relieve the stress.

WHEREFORE, the Plaintiffs seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFFS,

By: _____
Daniel S. Blinn, ct02128
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457

4