UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI BEAUSOLEIL, Plaintiff** ) | **CASE NUMBER:** |
| ) | **3:06-cv-01858-CFD** |
| ) | |
| ) | **NOTICE OF DISMISSAL** |
| **v.** ) | |
| ) | |
| **NATIONWIDE RECOVERY** ) | |
| **SERVICES, LTD, Defendant** ) | |
| ) | **JANUARY 2, 2007** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Lori Beausoleil, through her attorney Daniel S. Blinn, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs.

**PLAINTIFF, Lori Beausoleil,**

By: /s/ Daniel S. Blinn
 Daniel S. Blinn
 Consumer Law Group, LLC
 35 Cold Spring Road, Suite 512
 Rocky Hill, Connecticut 06067
 Tel (860) 571-0408  Fax (860) 571-7457
 Fed Bar No. ct02188

## CERTIFICATION

I hereby certify that on this 2nd day of January, 2007, a copy of the foregoing Motion for Default for failure to plead was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              s/s Daniel S. Blinn
              Daniel S. Blinn